**Leonard R. CROOMS, Petitioner–Appellant,**

v.

**TEXAS BOARD OF PARDONS & PAROLES, Respondent–Appellee.**

No. 03–20627.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2003.

Leonard R. Crooms, Pro Se, Huntsville, TX, for Petitioner–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Leonard R. Crooms, Texas prisoner # 352784, appeals the district court's dismissal of his 28 U.S.C. § 1361 petition for a writ of mandamus. His notice of appeal was filed on June 17, 2003. Crooms did not obtain permission from a judge of this court before filing his appeal, as he is required to do pursuant to this court's order in *Crooms v. Cockrell,* No. 01–21003 (5th Cir. March 28, 2002). The instant

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal is therefore DISMISSED as improvidently filed.

APPEAL DISMISSED.

